# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **LeShawn Stradford,** | ) | **CASE NO. 1:23 CV 2135** |
| | ) | |
| Plaintiff, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| v. | ) | |
| | ) | |
| **U.S. Bank,** | ) | **Memorandum of Opinion and Order** |
| | ) | |
| Defendant. | ) | |

*Pro se* plaintiff LeShawn Stradford filed this civil rights action against U.S. Bank. (Doc. No. 1). The complaint fails to set forth cogent factual allegations or legal claims. The complaint merely states: "U.S. Bank contain to the federal industry corruption." (*Id.*). Plaintiff seeks no specific relief.

*Pro se* pleadings are liberally construed. *Boag v. MacDougall*, 454 U.S. 364, 365 (1982) (per curiam); *Haines v. Kerner*, 404 U.S. 519, 520 (1972). The lenient treatment accorded *pro se* plaintiffs, however, has limits. *See e.g., Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir.1996). *Pro se* litigants must still meet basic pleading requirements, and courts are not required to conjure allegations on their behalf. *See Erwin v. Edwards*, 22 Fed. App'x 579, 580 (6th Cir. 2001). Furthermore, federal courts are courts of limited jurisdiction and have a duty to police the boundaries of their jurisdiction. "[A] district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules

of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).

The Court finds this action warrants *sua sponte* dismissal pursuant to *Apple v. Glenn*. The allegations in the complaint are so unclear, unsubstantial, devoid of merit, and frivolous that they do not provide a basis to establish this Court's subject matter jurisdiction over any viable federal claim.

## CONCLUSION

Accordingly, the Court dismisses this action for lack of subject matter jurisdiction. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 2/5/24